IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

JAMES LONG AND MARCI LONG,　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiffs,　　　　　　 )　　TC-MD 140253C
　　　　　　　　　　　　　　　　　　 )
　　　v.　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
DEPARTMENT OF REVENUE,　　　　　　 )
State of Oregon,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　 )
　　　　　　Defendant.　　　　　　 )　　**FINAL DECISION OF DISMISSAL**

　　　　　This Final Decision of Dismissal incorporates without change the court's Decision of

Dismissal entered September 23, 2014.  The court did not receive a request for an award of costs

and disbursements within 14 days after its Decision of Dismissal was entered.  *See* TCR-MD 19.

　　　　　This matter is before the court on its Order dated September 3, 2014.  The court's Order

stated "Plaintiffs shall file with the court, copy to Defendant, a request to withdraw, a signed

stipulated agreement, or three mutually convenient trial dates no later than 14 days from the date

of this Order." (Order at 1.)  The Order further stated that "Plaintiffs' failure to comply with this

Order will result in dismissal of their appeal." (*Id.*)  As of the date of this Decision of Dismissal

Plaintiffs have not complied with the Order.  Based on Plaintiffs' failure to comply with the

court's Order the court finds this case should be dismissed.  Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of October 2014.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This Final Decision was signed by Magistrate Dan Robinson on October 10, 2014. The Court filed and entered this Final Decision on October 10, 2014.*